# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RICHARD EDUARDO BELLO,

     Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, Bureau of Immigration, Customs, and Enforcement; MARISA FLORES, in her official capacity as Director, El Paso Field Office, Immigration and Customs Enforcement; and DORA CASTRO, in her official capacity as Warden, Otero County Detention Center,

     Respondents.

Case No. 2:26-cv-00398-MIS-SCY

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Richard Eduardo Bello and against Respondents Pamela Bondi, Kristi Noem, Todd Lyons, Marisa Flores, and Dora Castro.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE